UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>HITCHCOCK SHOES INC.,<br><br>Defendant. | Civil Case Number: 1:22-cv-03881-VSB |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement has been reached between Plaintiff and Defendant in this action. Once the settlement agreement is fully executed, the parties shall file a Notice of Voluntary Dismissal with prejudice, and without attorneys' fees or costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to execute settlement.

Dated: June 30, 2022

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*
*Rafia Lawal*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of June 2022, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Neil Diskin
ndiskin@nixonpeabody.com

                                              /s/ Yitzchak Zelman
                                              Yitzchak Zelman, Esq.